**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**COMPREHENSIVE MANAGEMENT SERVICES, INC., D/B/A TRIACLE; CONHOLD OF CATOOSA, LLC, D/B/A/ ROLLING HILLS CARE CENTER; and FRANK SULLIVAN, JR.,**

**Plaintiffs,**

**v.**

**COLUMBIA CASUALTY COMPANY,**

**Defendant.**

**Case No. 25-CV-401-JFH-GLJ**

**ORDER**

Before the Court is a Report and Recommendation submitted by United States Magistrate Judge Gerald L. Jackson recommending that Defendant Columbia Casualty Company's Renewed Partial Motion to Dismiss [Dkt. No. 33] be DENIED IN PART, with respect to the bad faith claims of Plaintiff Comprehensive Management Services, Inc, d/b/a Triacle ("Triacle"), and Plaintiff Frank Sullivan, Jr. ("Sullivan"), and GRANTED IN PART, with respect to the bad faith claim of Plaintiff Conhold of Catoosa, LLC, d/b/a Rolling Hills Care Center ("Rolling Hills"). Dkt. No. 41 at 12-13.

No party has objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed in 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and therefore accepts and adopts it as the order of this Court.

On that basis, Defendant Columbia Casualty Company's Renewed Partial Motion to Dismiss [Dkt. No. 33] is DENIED IN PART, with respect to Plaintiff Triacle's and Plaintiff Sullivan's breach of the duty of good faith and fair dealing claims, and GRANTED IN PART,

with respect to Plaintiff Rolling Hills' breach of the duty of good faith and fair dealing claim. Plaintiff Rolling Hills' breach of the duty of good faith and fair dealing claim is hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of October 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE